**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ROZINA LOR**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| ROZINA LOR, | No.   2:16-CV-01400-AC |
| Plaintiff, | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, in consideration of plaintiff's counsel's schedule, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to February 16, 2017.

    This is a first extension but after the due-date under the scheduling order.

[Pleading Title] - 1

Dated:  January 25, 2017      /s/    *Jesse S. Kaplan*
                              JESSE S. KAPLAN
                              Attorney for Plaintiff



                              PHILLIP A. TALBERT
                              United States Attorney
                              DEBORAH LEE STACHEL
                              Regional Counsel, Region IX
                              Social Security Administration


Dated:  January 25, 2017         */s/ per e-mail authorization*

                              BEN PORTER
                              Special Assistant U.S. Attorney
                              Attorney for Defendant




### **ORDER**


For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to February 16, 2017.

SO ORDERED.


Dated: January 26, 2017


_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[Pleading Title] - 2