**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ROZINA LOR**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **ROZINA LOR,** | No.   2:16-CV-01400-AC |
| **Plaintiff,** | |
| | **STIPULATION AND  [proposed] ORDER FOR  SECOND EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **CAROLYN COLVIN, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, that plaintiff's time to file a motion for summary judgment is extended a further two weeks to March 2, 2017.

This second extension comes at plaintiff's counsel's request because of the following. The present due-date of February 16, 2017, was selected as the last day before counsel was to

[Pleading Title] - 1

leave on a vacation. For that reason, he already had a great deal of work to complete. Then, earlier this week, his computer, which operates as the server for his small office network, was hacked and encrypted against him by a new form of ransomware that has been attacking networked computers. Fortunately, backup allowed the recovery of data, but this episode and recovery caused the loss of over 24 hours in a schedule with no leeway.

Dated:  February 16, 2017 /s/   *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff


PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated:  February 16, 2017  */s/ per e-mail authorization*

BEN PORTER
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to March 2, 2017.

SO ORDERED.

Dated: February 16, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE