**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**ROZINA LOR**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| ROZINA LOR, | No.   2:16-CV-01400-AC |
| Plaintiff, | STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

_____/

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, in consideration of plaintiff's counsel's schedule, and with the permission of the Court, that plaintiff's time to file a reply brief is extended one business day to April 24, 2017.

   This is a first extension regarding this reply brief.

[Pleading Title] - 1

Dated: April 21, 2017                             /s/   *Jesse S. Kaplan*
                                                 JESSE S. KAPLAN
                                                 Attorney for Plaintiff


                                                 PHILLIP A. TALBERT
                                                 United States Attorney
                                                 DEBORAH LEE STACHEL
                                                 Regional Counsel, Region IX
                                                 Social Security Administration

Dated: April 21, 2017                              /s/ per e-mail authorization

                                                 BEN PORTER
                                                 Special Assistant U.S. Attorney
                                                 Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to April 24, 2017.

SO ORDERED.


Dated: April 21, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE