UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROZINA LOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:16-cv-1400 AC<br><br><br>ORDER |

　　　On June 24, 2016 this court ordered that within ninety (90) days, "all parties shall complete and return the enclosed Consent to Assignment or Request for Reassignment." ECF No. 6. That ninety day period has since expired and plaintiff has not responded in any way to the court's order.

　　　Accordingly, IS HEREBY ORDERED that within seven (7) days of this order, counsel for plaintiff shall consent or decline to proceed before the Magistrate Judge in this case by completing and filing the form located at ECF No. 6-2. Failure to timely comply with this order may result in sanctions.

DATED: July 19, 2017

　　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE